1  Jason S. Angell, Bar No. 221607
   jangell@hopkinscarley.com
2  Christopher A. Hohn, Bar No. 271759
   chohn@hopkinscarley.com
3  HOPKINS & CARLEY
   A Law Corporation
4  The Letitia Building
   70 South First Street
5  San Jose, CA  95113-2406

6  *mailing address:*
   P.O. Box 1469
7  San Jose, CA 95109-1469
   Telephone:  (408) 286-9800
8  Facsimile:  (408) 998-4790

9  Attorneys for Requestor
   BROADCOM CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3DFX INTERACTIVE, INC., | CASE NO.  98-CV-03627 MHP |
| Plaintiff, | **[PROPOSED] ORDER CONFIRMING THAT COURT RECORDS PREVIOUSLY UNDER SEAL ARE OPEN TO PUBLIC INSPECTION** |
| v. | |
| NVIDIA CORP., | |
| Defendant. | |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

692\3276501.1
[PROPOSED] ORDER CONFIRMING THAT COURT RECORDS PREVIOUSLY UNDER SEAL ARE OPEN TO PUBLIC INSPECTION
98-CV-03627 MHP

Broadcom Corporation's ("Broadcom") Request for Application of Civil Local Rules to Provide Access to Records Previously Under Seal ("Request") came before this Court on or about June 3, 2019.

Having reviewed and considered the Request, the supporting declaration and all exhibits, any oral argument, and the files in this matter, and good cause appearing,

**IT IS HEREBY ORDERED** that:

1. The Request is **GRANTED** in its entirety; and

2. The Court hereby confirms that all documents, papers, and any other materials filed or lodged with the Court in the above-captioned matter, whether or not previously sealed, are now open to public inspection.

**IT IS SO ORDERED.**

Dated: ___June 21___, 2019

_____
U.S. DISTRICT COURT JUDGE

692\3276501.1

[PROPOSED] ORDER CONFIRMING THAT COURT RECORDS PREVIOUSLY UNDER SEAL ARE OPEN TO PUBLIC INSPECTION
98-CV-03627 MHP

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO